No. 87–5550.   MYERS v. LYNAUGH, DIRECTOR, TEXAS DE-PARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 87–5661.   ALOMIA-RIASCOS ET AL. v. UNITED STATES. C. A. 4th Cir.   Certiorari denied.

No. 87–5667.   JACKSON v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 87–5703.   THOMAS v. NORBAR, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–5724.   MARTIN v. PEREZOUS ET AL.   C. A. 3d Cir. Certiorari denied.

No. 87–5729.   LEPISCOPO v. ROBINS ET AL.   C. A. 10th Cir. Certiorari denied.

No. 87–5732.   FAY v. UNITED STATES POSTAL SERVICE ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 87–5734.   SINDRAM v. READING.   Ct. App. D. C.   Certiorari denied.

No. 87–5735.   RILEY v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 87–5737.   WILLIAMS v. FOLTZ, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 87–5739.   MUHAMMAD v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–5742.   MCDONOUGH v. TRUSTEES OF THE UNIVERSITY SYSTEM OF NEW HAMPSHIRE ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 87–5743.   PHILLIPS v. HERNANDEZ.   Ct. App. La., 3d Cir. Certiorari denied.

No. 87–5744.   CONNELLY v. ARMCO FINANCIAL CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.